UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20367-CV-WILLIAMS

DEBORAH HAGGERTY,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 30) ("***Report***") on Defendant Carnival Corporation's Motion to Dismiss (DE 12) ("***Motion***"). In the Report, Judge Goodman recommends that the Motion be denied. (DE 30 at 1.) Specifically, the Report finds that Plaintiff has adequately alleged notice, negligent training, and negligent design. (*Id.* at 16, 19, 21, 25.) The Report further finds that, at this stage, Plaintiff "may base her claims on both theories of direct and vicarious liability." (*Id.* at 26.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Goodman's Report (DE 30) is **AFFIRMED AND ADOPTED**.

    2.    Defendant Carnival Corporation's Motion to Dismiss (DE 12) is **DENIED**.

    3.    Defendant is directed to file an answer to the Complaint (DE 1) within **fourteen (14) days of the date of this Order**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>15th</u> day of July, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE